Estrada v Rau (2025 NY Slip Op 51815(U))

[*1]

Estrada v Rau

2025 NY Slip Op 51815(U)

Decided on November 19, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on November 19, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: James, P.J., Brigantti, Alpert, JJ.

571189/25

Geraldine Estrada, Plaintiff-Appellant,
against
Alicia Rau, Defendant-Respondent.

Plaintiff appeals from an order of the Civil Court of the City of New York, New York County (Hilary Gingold, J.), entered April 29, 2021, which granted defendant's motion for summary judgment dismissing the complaint.

Per Curiam.
Order (Hilary Gingold, J.), entered April 29, 2021, affirmed, without costs.
The motion court properly granted summary judgment dismissing the defamation complaint on the ground that it was barred by the one-year statute of limitations (see CPLR 215 [3]; Dashdevs LLC v Capital Mkts. Placement, Inc., 210 AD3d 525, 526 [2022]). The alleged defamatory statements by defendant allegedly occurred in 2014, more than five years before plaintiff commenced this action in 2020 (see CPLR 215 [3]; Ghatak v McKinsey & Co., 240 AD3d 429, 430-431 [2025]). Plaintiff's conclusory allegation that the defamation was "ongoing" was insufficient to raise any issue of fact (see Dashdevs LLC v Capital Mkts. Placement, Inc., 210 AD3d at 526).
We considered plaintiff's remaining contentions and find them to be without merit.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 19, 2025